UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DAVID M. LAWTON,

                              **Plaintiff,**

                  v.                                  7:10-CV-256
                                                              (FJS/ATB)

MICHAEL ASTRUE, Commissioner of
Social Security,

                              **Defendant.**
_____

**APPEARANCES**                                   **OF COUNSEL**

**CONBOY, MCKAY, BACHMAN**             **LAWRENCE D. HASSELER, ESQ.**
**& KENDALL, LLP**
307 State Street
Carthage, New York 13619
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**     **ELLEN E. SOVERN, ESQ.**
**OFFICE OF REGIONAL GENERAL**
**COUNSEL, REGION II**
26 Federal Plaza – Room 3904
New York, New York 10278
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

      Plaintiff commenced this action on March 5, 2010, seeking judicial review of Defendant's final decision denying his application for benefits. *See* Dkt. 1. In a Report-Recommendation dated November 2, 2010, Magistrate Judge Baxter recommended that this Court reverse Defendant's decision and remand this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). *See* Dkt. No. 15 at 30. The parties did not file any objections to this Report-

Recommendation.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's November 2, 2010 Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's November 2, 2010 Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendant's decision is **REVERSED** and this case is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), "for a proper determination of [P]laintiff's residual functional capacity to perform his past work and other further proceedings," *see* Dkt. No. 15 at 30, consistent with Magistrate Judge Baxter's Report-Recommendation; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

Dated: November 18, 2010
      Syracuse, New York

*[signature]*
Frederick J. Scullin, Jr.
Senior United States District Court Judge